DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALKA WINOGRAD** and **LAWRENCE WINOGRAD,**
Appellants,

v.

**ECHELON PUBLIC ADJUSTING, LLC,**
Appellee.

No. 4D2024-2955

[December 4, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502022CA007923.

Jonathan Mann and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellants.

Jeffrey B. Crockett of Coffey Burlington, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***